AUSA Harding

# United States District Court

For the Western District of Texas
Austin Division

**FILED**
February 06, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____SL_____
DEPUTY

United States of America,

v.

**Oscar Mauricio Bonilla**

Case Number:
**1:25-MJ-00107-SH**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **February 5, 2025**, in the county of **Travis** in the Western District of Texas, the defendant, **Oscar Mauricio Bonilla**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **February 5, 2025**, the defendant, an alien, was found in Travis County, Austin, Texas, within the Western District of Texas. A deportation officer arrested and interviewed the defendant, and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **El Salvador** on or about **July 17, 2012**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (S. Meade)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

**February 6, 2025**                                        at        Austin, Texas
_____                                  _____
 Date                                                                                                City and State

Susan Hightower
United States Magistrate Judge
_____                                  _____
Name & Title of Judicial Officer                                                 Signature of Judicial Officer